```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>    vs.<br><br>Thomas Gee, et al,<br><br>         Defendants | Case No. **2:10-cv-02159-JAM-DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 6, 2010 FOR DEFENDANTS THOMAS GEE; JEANNIE GEE; EVELYN O. HOM; DAN S. LOO; KWONG C. WONG; TERESA KWAN TO RESPOND TO COMPLAINT |

     Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Thomas Gee; Jeannie Gee; Evelyn O. Hom; Dan S. Loo; Kwong C. Wong; Teresa Kwan, by and through their respective attorneys of record, Scott N. Johnson; Erick C. Turner, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. An extension of time has been previously obtained for Defendants Thomas Gee; Jeannie Gee; Evelyn O. Hom; Dan S. Loo; Kwong C. Wong; Teresa Kwan until November 4, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Thomas Gee; Jeannie Gee; Evelyn O. Hom; Dan S. Loo; Kwong C. Wong; Teresa Kwan are granted an extension until December 6, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Thomas Gee; Jeannie Gee; Evelyn O. Hom; Dan S. Loo; Kwong C. Wong; Teresa Kwan response will be due no later than December 6, 2010.

IT IS SO STIPULATED effective as of November 1, 2010

Dated:   November 1, 2010         /s/ Erick C. Turner\_\_\_\_\_
                                  Erick C. Turner,
                                  Attorney for Defendants
                                  Thomas Gee; Jeannie Gee;
                                  Evelyn O. Hom; Dan S.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

```
                                    Loo; Kwong C. Wong;
                                    Teresa Kwan


Dated:  November 1, 2010            /s/Scott N. Johnson ____
                                    Scott N. Johnson,
                                    Attorney for Plaintiff
```

**IT IS SO ORDERED:** that Defendants Thomas Gee; Jeannie Gee; Evelyn O. Hom; Dan S. Loo; Kwong C. Wong; Teresa Kwan shall have until December 6, 2010 to respond to complaint.

```
Dated: November 3, 2010             /s/ John A. Mendez_____
                                    United States District Judge
```

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com